SLR:EDB:KAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

        Plaintiff,

- against -

UNITED STATES CURRENCY IN THE
SUM OF TWO HUNDRED THIRTY
THOUSAND, TWO HUNDRED NINETY
FOUR DOLLARS AND NO CENTS
($230,294.00), MORE OR LESS,
AND ALL PROCEEDS TRACEABLE
THERETO,

        Defendant.

- - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★   JAN 31 2006   ★

TIME A.M. _____ P.M. _____

PARTIAL DECREE
OF FORFEITURE
AND ORDER FOR
DELIVERY

Civil Action No.
CV-04-1617

(Amon, J.)
(Gold, M.J.)

        WHEREAS, on or about April 21, 2004, upon the filing of a verified complaint in rem, the United States District Court for the Eastern District of New York issued a warrant for the arrest of articles in rem, two hundred thirty thousand, two hundred ninety-four dollars and no cents, more or less, and all proceeds traceable thereto (the "Defendant Funds"), finding probable cause to believe that the Defendant Funds were attempted to be transported from the country in violation of 31 U.S.C. §§ 5316 and 5332 as a result of the foregoing, the Defendant Funds were subject to seizure and forfeiture to the United States pursuant to 31 U.S.C. §§ 5317 and 5332; and

        WHEREAS, the warrant and Plaintiff's verified complaint in rem were timely served on all potential claimants by duly

authorized agents of the United States;

WHEREAS, no one, other Almamy Bajaha, Josephine D. Bangura, Fatumata Bayo, Dali Camara, Momodou Camara, Lamin Ceesay, Mustapha Ceesay, Sheriff Ceesay, Alhaji Danso, Randolph Dixon, Bolama Dukuray, Lamin Gassama, Ibrahima Goudiaby, Bahoreh Jabbie, Gaida Jaiteh, Sal Jalloh, Edrisa Jawara, Alamin Kamiso, Junkung Konteh, Solo Kora, Yaineneh Kora, Hajie Njie, Bawaha Samura, Sulaiman Sangarie, Seedy Sanow, Mohamed Savane, Mory Savane, Seda Sawaneh, Momoou Sidibeh, Muhamadou Suso, Fatoumata Touray, Muhamadou Tunkara, Saibou Tunkara, Djarga Ture, Kissmakary Waggeh, and Momodou Yatabarry ("Claimants"), has asserted any claim or has any claim to the Defendant Funds; and

WHEREAS, pursuant to a Stipulation of Settlement, the United States agreed to return to Claimants the sum of $154,945.00; and

WHEREAS, in consideration of the foregoing, Claimants agreed to forfeit to the United States, pursuant to 31 U.S.C. §§ 5317 and 5332, the balance of the Defendant Funds (the "Forfeited Funds");

UPON the joint application of the plaintiff United States of America and Claimants

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to Title 31, United States Code, Sections 5317 and 5332, the Forfeited Funds are hereby forfeited and

condemned to the use and benefit of the United States of America for the reasons set forth in the verified complaint in rem.

2. The United States Department of Homeland Security, and agents thereof, be, and the same hereby are, directed to dispose of the Forfeited Funds in accordance with all applicable laws and regulations.

3. The warrant of arrest for articles in rem previously executed shall be vacated.

4. The Clerk of this Court shall forward six certified copies of this Partial Decree of Forfeiture and Order to the United States Attorney for the Eastern District of New York, Attention: Assistant United States Attorney Kathleen Nandan, One Pierrepont Plaza, 16th Floor, Brooklyn, New York 11201, and shall then mark this case closed.

Dated: Brooklyn, New York
       Jan 24, 2006

/s/ Hon. Carol B. Amon
_____
HONORABLE CAROL BAGLEY AMON
UNITED STATES DISTRICT JUDGE